# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF WP COMPANY LLC d/b/a THE WASHINGTON POST FOR ACCESS TO CERTAIN SEALED COURT RECORDS | ) ) ) ) Case No.  19-mc-32 ) ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America

Date: March 19, 2019

/s/ Michael R. Dreeben
*Attorney's signature*

Michael R. Dreeben (D.C. #370586)
*Printed name and bar number*

950 Pennsylvania Ave NW
Washington, D.C. 20530
*Address*

MRD@usdoj.gov
*E-mail address*

(202) 616-0800
*Telephone number*

*FAX number*