AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

IN THE MATTER OF THE APPLICATION OF )
WP COMPANY LLC d/b/a THE )
WASHINGTON POST FOR ACCESS TO ) Case No. 19-mc-32
CERTAIN SEALED COURT RECORDS )
)

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: March 19, 2019

/s/ Adam Jed
*Attorney's signature*

Adam C. Jed (NY Reg# 4978532)
*Printed name and bar number*

950 Pennsylvania Ave NW
Washington, D.C. 20530
*Address*

ACJ@usdoj.gov
*E-mail address*

(202) 616-0800
*Telephone number*

*FAX number*