**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF WP COMPANY LLC | Misc. Action No. 19-0032 (ABJ) |

### GOVERNMENT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME IN WHICH TO FILE A RESPONSE TO THE MOTION FOR PUBLIC ACCESS TO SEALED COURT RECORDS

The United States of America, by and through Special Counsel Robert S. Mueller, III, files this unopposed motion for an extension of time—to and including April 1, 2019—to respond to a motion to unseal certain search warrant materials. The Washington Post does not oppose this motion.

1. On March 7, 2019, the Washington Post filed a motion under Local Criminal Rule 57.6 for public access to certain unredacted records from *United States v. Manafort*, No. 17-cr-201-ABJ-1. Specifically, the motion seeks unredacted versions of filings and hearing transcripts related to this Court's determination of whether Manafort breached his plea agreement, and the government's unredacted sentencing submission. The motion additionally asks the Court to put in place a "process" for ongoing reevaluation of redactions—including a forward looking reporting obligation for the government and regular reassessment of each redaction. The government's response is presently due on March 21, 2019. *See* L. Cr. R. 47(b).

2. The government respectfully requests an extension of time—through and including April 1, 2019—to respond to the motion. The counsel responsible for preparing the response face the press of other work and require additional time to consult within the government.

3. On March 19, 2019, counsel for the Washington Post informed the government that they do not oppose the requested extension.

For the foregoing reasons, the government's unopposed motion for an extension of time to and including April 1, 2019 should be granted. A proposed order accompanies this motion.

        Respectfully submitted,

        ROBERT S. MUELLER III
        Special Counsel
        By: */s/*
        Michael R. Dreeben
        Adam C. Jed
        U.S. Department of Justice
        Special Counsel's Office
        950 Pennsylvania Avenue NW
        Washington, D.C. 20530
        Telephone: (202) 616-0800

        *Attorneys for the United States of America*

Dated: March 19, 2019

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF WP COMPANY LLC | Misc. Action No. 19-0032 (ABJ) |

### [Proposed] ORDER

Upon consideration of the government's Unopposed Motion for a One-Week Extension of Time in Which to File a Response to the Motion for Public Access to Sealed Court Records, it is hereby

**ORDERED** that the government's motion is GRANTED.

_____  _____
Date                         HON. AMY BERMAN JACKSON
                             UNITED STATES DISTRICT JUDGE