## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF WP COMPANY LLC | Misc. Action No. 19-0032 (ABJ) |

### GOVERNMENT'S MOTION FOR A TWO-WEEK EXTENSION OF TIME IN WHICH TO FILE A RESPONSE TO THE MOTION FOR PUBLIC ACCESS TO SEALED COURT RECORDS

The United States of America, by and through Special Counsel Robert S. Mueller, III, files this motion for an extension of time—to and including April 15, 2019—to respond to a motion to unseal certain filings and transcripts. The Washington Post opposes this motion but does not intend to file any opposition papers.

1. On March 7, 2019, the Washington Post filed a motion under Local Criminal Rule 57.6 for public access to certain unredacted records from *United States v. Manafort*, No. 17-cr-201-ABJ-1. Specifically, the motion seeks unredacted versions of filings and hearing transcripts related to this Court's determination of whether Manafort breached his plea agreement and the government's unredacted sentencing submission. The motion additionally asks the Court to establish a "process" for ongoing reevaluation of redactions—including a reporting obligation for the government and regular reassessment of each redaction.

2. On March 20, 2019, the Court granted an unopposed extension of time in which to file a response. The government's response is now due on April 1.

3. The government respectfully requests a further two-week extension of time—to and including April 15, 2019—to respond to the motion. The Special Counsel's Office has been primarily handling this matter. On March 22, the Special Counsel announced the end of his investigation and submitted a report to the Attorney General. This matter is being fully transitioned

to the U.S. Attorney's Office. Because of this transition, additional time will be required to prepare a response.

    4. On March 26, 2019, counsel for the Washington Post informed the government that they oppose this motion but do not intend to file any opposition papers.

## CONCLUSION

For the foregoing reasons, the government's unopposed motion for an extension of time to and including April 15, 2019 should be granted. A proposed order accompanies this motion.

                                                Respectfully submitted,

| | |
|---|---|
| JESSIE K. LIU | ROBERT S. MUELLER III |
| U.S. Attorney for the District of Columbia | Special Counsel |
| | |
| By: /s/ | By: /s/ |
| Jonathan Kravis | Michael R. Dreeben |
| Assistant United States Attorneys | Adam C. Jed |
| 555 4th Street NW | U.S. Department of Justice |
| Washington, D.C. 20530 | Special Counsel's Office |
| | 950 Pennsylvania Avenue NW |
| | Washington, D.C. 20530 |
| | Telephone: (202) 616-0800 |

                                                *Attorneys for the United States of America*

Dated: March 27, 2019

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| IN THE MATTER OF THE APPLICATION OF WP COMPANY LLC | Misc. Action No. 19-0032 (ABJ) |
|---|---|

### [Proposed] ORDER

Upon consideration of the government's motion, it is hereby

**ORDERED** that the government's motion is GRANTED.

_____                                      _____
Date                                                                                 HON. AMY BERMAN JACKSON
                                                                                               UNITED STATES DISTRICT JUDGE