# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN THE MATTER OF THE APPLICATION OF WP COMPANY LLC** | Misc. Action No. 19-0032 (ABJ) |

## NOTICE OF WITHDRAWAL

Pursuant to Local Rule of Civil Procedure 83.6(h), please notice the withdrawal of Michael Dreeben as counsel for the Government in the above-captioned matter.

 

Respectfully submitted,

ROBERT S. MUELLER, III
Special Counsel

Dated: March 29, 2019

*/s/ Michael Dreeben*
U.S. Department of Justice
Special Counsel's Office
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Telephone: (202) 616-0800
*Attorney for the United States of America*