UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---------------------------------------------------------------- x
                                                                :

IN THE MATTER OF THE APPLICATION OF  :  Miscellaneous Action No. 19-mc-32
WP COMPANY LLC d/b/a THE                     :  (ABJ)
WASHINGTON POST FOR ACCESS TO       :
CERTAIN SEALED COURT RECORDS        :
                                                                :
---------------------------------------------------------------- x

## **APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted to practice in this Court, and I appear in this case as counsel for Petitioner WP Company LLC d/b/a The Washington Post.

Dated:  May 8, 2019

                                        Respectfully submitted,

                                           /s/ Eric J. Feder
                                        Eric J. Feder (DC Bar No. 1048522)
                                        DAVIS WRIGHT TREMAINE LLP
                                        1919 Pennsylvania Avenue, N.W., Suite 800
                                        Washington, D.C.  20006-3401
                                        Tel.: (202) 973-4200
                                        Fax:  (202) 973-4499
                                        Email:  ericfeder@dwt.com

                                        *Attorneys for Petitioner WP Company*
                                        *d/b/a The Washington Post*