UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                        :
IN THE MATTER OF THE APPLICATION    :    Misc. Action No. 19-0032 (ABJ)
OF WP COMPANY LLC                          :
                                                        :
_____:

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Molly Gaston is entering her appearance in the above-captioned matter as counsel for the United States of America.

    Respectfully submitted,

    TIMOTHY J. SHEA
    United States Attorney
    for the District of Columbia

By:    */s/ Molly Gaston*
    MOLLY GASTON (VA Bar # 78506)
    Assistant United States Attorney
    Fraud & Public Corruption Section
    U.S. Attorney's Office
    555 4th Street, NW (5th Floor)
    Washington, D.C. 20001
    (202) 252-7803
    molly.gaston@usdoj.gov