UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF WP COMPANY LLC | Misc. Action No. 19-0032 (ABJ) |

**JOINT MOTION FOR EXTENSION OF TIME**

The United States of America and Paul Manafort respectfully submit this joint motion for an extension of time in which to respond to the Court's minute order of January 6, 2020. In support of this motion, the parties state the following:

The Court directed that the government and Mr. Manafort "submit a joint filing by March 6, 2020, identifying any records requested by the petitioner that can be unredacted in part or entirely, setting forth the basis for any continued redactions, and describing any points of disagreement between the government and Paul Manafort on these matters." 1/6/2020 Minute Order.

The government and counsel for Mr. Manafort have been in communication and have been reviewing the records at issue to determine which redactions can be removed. In addition, counsel for the government has been in consultation with other components of the Department of Justice regarding the same. These processes are ongoing and time consuming.

Therefore, the government and Mr. Manafort respectfully request that this Court grant an extension of time of 60 days to submit the joint filing to the Court identifying records that can be

lesser or entirely redacted, and describing any points of disagreement between the parties on these matters.

Respectfully submitted,

*/s/ Kevin Downing*
Kevin Downing (DC 1013984)
Law Office of Kevin M. Downing
601 New Jersey Avenue NW, Suite 610
Washington, D.C. 20001
(202) 754-1992
kevindowning@kdowninglaw.com

*/s/ Thomas E. Zehnle*
Thomas E. Zehnle (DC 415556)
Law Office of Thomas E. Zehnle
601 New Jersey Avenue NW, Suite 620
Washington D.C. 20001
(202) 368-4668
tezehnle@gmail.com

*/s/ Richard W. Westling*
Richard W. Westling (DC 990496)
Epstein Becker & Green, P.C.
1227 25th Street NW
Washington D.C. 20037
Tel: 202-861-1868
Fax: 202-296-2882
rwestling@ebglaw.com

TIMOTHY J. SHEA
United States Attorney

/s/ *Molly Gaston*
Molly Gaston (VA 78506)
Assistant United States Attorney
Fraud and Public Corruption Section
United States Attorney's Office
555 Fourth Street NW, 5th Floor
Washington, D.C.  20530
(202) 252-7803
molly.gaston@usdoj.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN THE MATTER OF THE APPLICATION OF WP COMPANY LLC** | Misc. Action No. 19-0032 (ABJ) |

## [PROPOSED] ORDER

Upon consideration of the government's and Paul Manafort's Joint Motion for an Extension of Time, it is hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that government and Mr. Manafort submit a joint filing by May 6, 2020, identifying any records requested by the petitioner that can be unredacted in part or entirely, setting forth the basis for any continued redactions, and describing any points of disagreement between the government and Paul Manafort on these matters.

**SO ORDERED** this _____ day of March, 2020.

 

Amy Berman Jackson
United States District Judge